**201  BOEHLKE vs. CIRCUIT JUDGE** (Kent), No. 14624½.

To compel respondent to dismiss an appeal from a judgment rendered by a justice of the peace.

Order to show cause denied January 8, 1895.

The surety on the appeal bond did not justify in writing and under oath, before the justice, and the justification was not endorsed on said bond by the justice. A motion to dismiss was denied, but a new bond was ordered, and the clerk approved such bond. The motion to dismiss was renewed, whereupon the court approved the bond nunc pro tunc and denied the motion.